# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2006

130039 & (45)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

HOMER TOWNSHIP,
       Plaintiff/Counter-Defendant-
       Appellee/Cross-Appellant,

v

BILLBOARDS BY JOHNSON, INC.,
       Defendant/Counter-Plaintiff-
       Appellant/Cross-Appellee.

SC: 130039
COA: 256216
Midland CC: 03-006042-CZ

_____/

     On order of the Court, the application for leave to appeal the October 27, 2005 judgment of the Court of Appeals and the application for leave to appeal as coss-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.

     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2006

Clerk

t0320